

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00613-CV

**IN RE** Lawrence **SHIPLEY** III

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On September 30, 2015, relator filed a petition for writ of mandamus with a motion for emergency stay and temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than October 23, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency and temporary relief is GRANTED IN PART. The enforcement of the trial court's temporary order, announced September 16, 2015, obligating relator to pay interim attorney's fees to counsel for real party in interest is TEMPORARILY STAYED pending further order of this court.

It is so **ORDERED** on October 2, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-CI- 13421, styled *In the Interest of L.N.S., A Minor Child*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.